733 A.2d 1266

COMMONWEALTH of Pennsylvania, Respondent,

v.

Diana Ericker FREEMAN, Petitioner.

Commonwealth of Pennsylvania, Respondent,

v.

Diana Ericker Freeman, Petitioner.

Supreme Court of Pennsylvania.

July 23, 1999.

## ORDER

PER CURIAM:

**AND NOW,** this 23rd day of July, 1999, we **GRANT** the Petition for Allowance of Appeal limited to the following issue:

Whether the trial court erred in failing to suppress evidence seized from her vehicle because her consent to the search was tainted by an illegal detention?